```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    KIRK E. SHERRIFF
 3  Asst. United States Attorneys
    2500 Tulare St., Suite 4401
 4  Telephone: (559) 497-4022
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
 8
                IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                                    )   Case No.  1:09 SW 0008 0 SMS
11                                  )
    IN THE MATTER OF THE SEARCH OF )
12                                  )   SEALING ORDER
    422 HEARD COURT,                )
13  ARVIN, CA                       )
                                    )
14                                  )
                                    )
15  _____ )
16
17      Upon Petition of the United States of America and good cause
18  having been shown,
19      IT IS HEREBY ORDERED that the Search Warrant in the above-
20  captioned matter be and hereby is ordered sealed until further
21  order of this Court.
22
23  Dated: April 10, 2009
24
25
26                              _____
                                HON. SANDRA M. SNYDER
27                              U.S. Magistrate Judge
28
    ─────────────────────────────────────────────────────────────
                              SEALING ORDER
```

**SEALED**

**FILED** APR 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK