1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIRK E. SHERRIFF
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000



FILED

JUN 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the     )   1:09-SW-0088 SMS
Search of:               )
                         )   ORDER TO UNSEAL SEARCH WARRANT
422 HEARD COURT          )   AFFIDAVIT AND SEARCH WARRANT
ARVIN, CALIFORNIA        )
                         )
                         )
                         )
_____)

The search warrant affidavit in this case having been sealed by Order of this Court on April 13, 2009, and it appearing that the affidavit and search warrant are no longer required to remain secret, based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and search warrant be unsealed and made public record.

Dated: 6/13/13

_____
UNITED STATES MAGISTRATE JUDGE

1